# EXHIBIT D

Case 1:25-cv-02719-NCM-VMS   Document 16-4   Filed 05/28/25   Page 1 of 3 PageID #: 180

## Gowdicott, Logan (USANYE)

| | |
|---|---|
| **From:** | Gowdicott, Logan (USANYE) |
| **Sent:** | Wednesday, May 28, 2025 3:06 PM |
| **To:** | Harvey Hou |
| **Cc:** | Cooper, David (USANYE) |
| **Subject:** | RE: [EXTERNAL] Re: United States v. Hou, et al., No. 25-cv-2719 |

Mr. Hou: Please advise what language/dialect you are requesting an interpreter for.

Regards,

Logan

**Logan J. Gowdicott**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
718-254-7509
logan.gowdicott@usdoj.gov

**From:** Harvey Hou <harvey@jwdus.net>
**Sent:** Wednesday, May 28, 2025 1:28 PM
**To:** Gowdicott, Logan (USANYE) <Logan.Gowdicott@usdoj.gov>
**Cc:** Cooper, David (USANYE) <David.Cooper4@usdoj.gov>
**Subject:** [EXTERNAL] Re: United States v. Hou, et al., No. 25-cv-2719

Hi Gowdicott:

**I need a interpreter for tomorrow's hearing.**

**English is not my native language**

---

Best Regards,
Harvey



**13921 S.Figueroa Street,
Los Angeles, CA 90061**
Tel: 626.265.8666
Email: harvey@jwdus. net
Website: www. jwdus. net

1

**From:** Gowdicott, Logan (USANYE)
**Date:** 2025-05-27 09:25
**To:** harvey@jwdus.net; harvey@flydragonex.com; harvey@ydhexpress.com
**CC:** Cooper, David (USANYE)
**Subject:** United States v. Hou, et al., No. 25-cv-2719

Mr. Hou:

The United States filed a letter with the Court this morning asking to extend the temporary restraining order by 14 days and to adjourn the hearing scheduled for this Thursday, and related deadlines, for 14 days. The Court denied our request and has set this Thursday's hearing as a videoconference. The Court ordered us to send you, via email, our letter and the Court's order. These documents are attached, along with the Zoom videoconference information.

Please confirm receipt of this message and the attachments.

Regards,

Logan

**Logan J. Gowdicott**
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
718-254-7509
logan.gowdicott@usdoj.gov