



U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 28, 2025

**By ECF and E-mail to Defendants**

Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Hou, et al.*
               No. 25-cv-2719 (Merle, J.) (Scanlon, M.J.) (E.D.N.Y.)

Dear Judge Merle:

    Plaintiff, the United States of America, respectfully submits this status report to supplement the status report filed earlier this evening. *See* ECF No. 16.

    At 8:11 p.m. Eastern Time, Defendant Yizhao Hou notified the United States by email that he is requesting a Mandarin interpreter. A copy of this email is attached hereto as Exhibit A.

    The United States thanks the Court for its consideration of this matter.

                                       Respectfully submitted,

                                       JOSEPH NOCELLA, JR.
                                       United States Attorney
                                       *Attorney for Plaintiff*

                    By:    /s/ *Logan J. Gowdicott*
                           LOGAN J. GOWDICOTT
                           DAVID A. COOPER
                           Assistant U.S. Attorney
                           (718) 254-7509 / (718) 254-6228
                           logan.gowdicott@usdoj.gov
                           david.cooper4@usdoj.gov