DEMIDCHIK LAW FIRM, PLLC
Robert S. Hazzard, Esq. (RH 6384)
136-18 39th Avenue, 8th Floor
Flushing, New York 11354
Tel: (718) 255-9898
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: 25-cv-2719 |
| Plaintiff, | **DECLARATION OF ROBERT S. HAZZARD ESQ. IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL** |
| -against- | |
| YIZHAO HOU, also known as "Harvey Hou", YDH EXPRESS INC., and YDH INT'L INC., | Merle, J. Scanlon, M.J. |
| Defendants. | |

-------------------------------------------------------------------X

**ROBERT S. HAZZARD**, of the Demidchik Law Firm, PLLC, an attorney duly licensed to practice in the courts of the State of New York and the United States District Court for the Eastern District of New York, with offices at 136-18 39th Avenue, 8th Floor, Flushing, New York, does affirm the following under the penalties of perjury:

1. Your Declarant is a Senior Attorney in the DEMIDCHIK LAW FIRM, PLLC, the present attorneys for the Defendants YIZHAO HOU, also known as "Harvey Hou", YDH EXPRESS INC., and YDH INT'L INC., and have been handling this matter since the firm was retained, and, as such, I am fully familiar with the facts and circumstances herein.

2. Your Declarant submits this Declaration in Support of the within Motion to Withdraw/Be Relieved as counsel pursuant to the Federal Rules of Civil Procedure (hereinafter "FRCP") and Local Rule 1.4 of the Southern and Eastern Districts of New York.

1

3. Your Declarant and my law firm are not asserting any retaining or charging lien in this matter.

4. Annexed hereto is the Affirmation of Robert S. Hazzard in support of the present motion to withdraw/be relieved as counsel.

Dated: Flushing, New York
July 31, 2025

                                                DEMIDCHIK LAW FIRM, PLLC
*Attorneys for Defendants*

By: /s/ Robert S. Hazzard
Robert S. Hazzard, Esq. (RH 6384)
136-18 39th Avenue, 8th Floor
Flushing, New York 11354
T: (718) 255-9898
F: (212) 810-7257
E: robert@dcklawfirm.com

To:    Yizhou Hou a/k/a Harvey Hou
9522 Olive Street
Temple City, California 91780
(via Priority Mail Service and email to harvey@jwdus.net )

YDH Express Inc.
167-25 Rockaway Boulevard
Jamaica, New York 11434
(via Priority Mail Service and email to harvey@jwdus.net )

YDH Int'l Inc.
11120 Hindry Avenue, Unit B
Los Angeles, California 90045
(via Priority Mail Service and email to harvey@jwdus.net )

David A. Cooper, Esq.
Logan J. Gowdicott, Esq.
Assistant United States Attorneys
271 Cadman Plaza East
Brooklyn, New York 11201
(via ECF)