**Demidchik Law Firm**

136-18 39th Avenue, 8th Floor
Flushing, New York 11354
**T:** 718-255-9898
**F:** 212-810-7257
**W:** demidchiklawfirm.com
**E:** robert@dcklawfirm.com

August 8, 2025

*Via ECF*
Honorable Vera M. Scanlon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Hou, et al.*
            Case No.: 25-cv-2719 (Merle, J.) (Scanlon, M.J.) (EDNY)

Dear Judge Scanlon:

    This Firm currently represents the Defendants in the above referenced action. In accordance with your Scheduling Order dated August 4, 2025 and modified on August 7, 2025 for the telephonic motion hearing scheduled for August 13, 2025 at 3:00PM EST for our firm's Motion to Withdraw/Be Relieved as Counsel for the Defendants, the following is the last known mailing addresses and contact information for the Individual Defendant, Yizhou Hou, as well as the Corporate Defendants, YDH Express Inc. and YDH Int'l Inc., and their authorized representative and owner/sole shareholder, Yizhou Hou:

    Yizhou Hou a/k/a Harvey Hou
    9522 Olive Street
    Temple City, California 91780
    Email: harvey@jwdus.net
    Phone: 909-679-3666

    YDH Express Inc.
    167-25 Rockaway Boulevard
    Jamaica, New York 11434
    Authorized Representative: Yizhou Hou, Owner/Sole Shareholder
    Email: harvey@jwdus.net
    Phone: 909-679-3666

    YDH Int'l Inc.
    11120 Hindry Avenue, Unit B
    Los Angeles, California 90045
    Authorized Representative: Yizhou Hou, Owner/Sole Shareholder
    Email: harvey@jwdus.net
    Phone: 909-679-3666

      In addition, please be advised that Your Honor's Scheduling Order with the conference date, time and connection information was served on the Defendants and their authorized representative and owner/sole shareholder, Yizhou Hou, via USPS Priority Mail at the Defendants' last known addresses and via email to Yizhou Hou on August 8, 2025. Proof of said service has been filed with the Court via ECF today.

      Respectfully Submitted,

      */s/ Robert S. Hazzard*

      Robert S. Hazzard